David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| ARNESON, DAVID A | ) CASE NO. 09-22300-PHX SSC |
| | ) |
| | ) TRUSTEE'S WITHDRAWAL OF |
| | )  REPORT OF NO DISTRIBUTION |
| Debtor(s) | ) |

DAVID A. BIRDSELL, Trustee of the above-captioned estate has previously filed a Report of No Distribution. The Trustee has learned that there are now assets to be administered. The Trustee hereby withdraws the Report of No Distribution.

If this case has been closed, the Trustee also moves to re-open this case so that these assets may be administered.


October 19, 2009                     /S/ DAVID A. BIRDSELL
Dated                                DAVID A. BIRDSELL, Trustee